■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. LEMON BRUTON, Appellant.— Appeal from a judgment of conviction rendered by the County Court, Queens County. Appellant was indicted for grand larceny in the first degree (two counts) and grand larceny in the second degree (two counts) and was found guilty by a jury on both counts of grand larceny in the first degree and on one count of grand larceny in the second degree. The court suspended sentence on the count of grand larceny in the second degree and sentenced appellant to serve from 5 to 10 years for grand larceny in the first degree. Judgment unanimously affirmed. No opinion. Present— Nolan, P. J., Beldock, Ughetta, Kleinfeld and Pette, JJ.

■ LENINO SANTOMIERI, Respondent, v. LAWRENCE W. OLIVERI et al., Appellants.— In an action to recover damages for injuries to person and property, the appeal is from an order which (1) granted a motion for summary judgment striking out the answer, and (2) directed an assessment of damages. Order reversed, with $10 costs and disbursements, and motion denied. The record presents triable issues of fact which should be resolved after trial. Beldock, Acting P. J., Ughetta, Kleinfeld, Christ and Brennan, JJ., concur.

■ PATRICK SCHIRALDI, an Infant, by MARTHA SCHIRALDI, His Guardian ad Litem, et al., Respondents, v. PASQUALE LOVASCIO, Doing Business as QUEENS VILLAGE BEER & BEVERAGE COMPANY, Defendant and Third-Party Plaintiff-Respondent. STANDARD ACCIDENT INSURANCE COMPANY, Third-Party Defendant-Appellant.— Appeal from an order denying appellant's motion for a severance and for a separate trial of the third-party action. Order affirmed, with $10 costs and disbursements. No opinion. Nolan, P. J., Kleinfeld, Christ, Pette and Brennan, JJ., concur.

■ BARBARA R. WELTON, Respondent, v. CLAUDE S. WELTON, Appellant. CLIFTON F. WEIDLICH, Appellant.— In an action for a separation, the appeal is from an order which, among other things, (1) granted respondent's motion for sequestration of the funds of the appellant Welton which are in the custody of appellant Weidlich as escrow agent, and (2) restrains appellants from distributing said funds. Order affirmed, with $10 costs and disbursements. No opinion. Nolan, P. J., Kleinfeld, Christ, Pette and Brennan, JJ., concur.

■ RUTH E. ZORN, Appellant, v. EUGENE L. ZORN, Respondent.— In an action to annul a marriage in which a counterclaim for a separation was interposed, the appeal is from so much of a judgment, entered after trial, as dismissed the complaint upon the merits. Judgment insofar as appealed from unanimously affirmed, without costs. No opinion. Present— Nolan, P. J., Beldock, Kleinfeld, Pette and Brennan, JJ.